UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BERNARD RUSSELL SORENSON and BERNARD SORENSON,<br><br>                Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY, and DOES 1-10, inclusive,<br><br>                Defendants. | Case No. 2:17-CV-01987-JAM-AC<br><br>**RELATED CASE ORDER**<br>**Related to Nos.:**<br>**2:17-CV-02078 JAM-AC** |
| JOHN ZIMMERSCHIED and EVELYN ZIMMERSCHIED,<br><br>                Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY, and DOES 1-10, inclusive,<br><br>                Defendants. | Case No. 1:17-CV-01317-LJO-MJS |
| PAUL WILLIAMS and MARCELLA WILLIAMS,<br><br>                Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY, and DOES 1-10, inclusive,<br><br>                Defendant. | Case No. 2:17-CV-02006 JAM-CKD |

| | |
|---|---|
| JEAN MEJIA MALAGON,<br><br>               Plaintiff,<br>   v.<br><br>FORD MOTOR COMPANY, and DOES 1-10, inclusive,<br><br>               Defendants. | Case No. 2:17-CV-02051 TLN-AC |
| FELIX VILLALOVOS,<br><br>               Plaintiff,<br>   v.<br><br>FORD MOTOR COMPANY, and DOES 1-10, inclusive,<br><br>               Defendants. | Case No. 2:17-CV-02053 MCE-DB |
| ANGELA M. LOVEST,<br><br>               Plaintiff,<br>   v.<br><br>FORD MOTOR COMPANY, and DOES 1-10, inclusive,<br><br>               Defendants. | Case No. 2:17-CV-02079 MCE-GGH |
| NELSON CAMARGO,<br><br>               Plaintiff,<br>   v.<br><br>FORD MOTOR COMPANY, and DOES 1-10, inclusive,<br><br>               Defendants. | Case No. 2:17-CV-02092 MCE-EFB |

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1    The parties should be aware that relating the cases under
2    Local Rule 123 merely has the result that these actions are
3    assigned to the same judge and magistrate judge; no consolidation
4    of the actions is effected.  Under the regular practice of this
5    court, related cases are generally assigned to the judge and
6    magistrate judge to whom the first filed action was assigned.
7        IT IS THEREFORE ORDERED that the actions denominated
8    1:17-CV-01317 LJO-MJS, 2:17-CV-02006 JAM-CKD, 2:17-CV-02051 TLN-AC,
9    2:17-02053 MCE-DB, 2:17-02079 MCE-GGH, and 2:17-02092 MCE-EFB, be
10   reassigned to Judge John A. Mendez and Magistrate Judge Allison
11   Claire for all further proceedings, and any dates currently set in
12   this reassigned case _only_ are hereby VACATED.  Henceforth, the
13   caption on documents filed in the reassigned cases shall be shown
14   as 1:17-CV-01317 JAM-AC, 2:17-CV-02006 JAM-AC, 2:17-CV-02051 JAM-
15   AC, 2:17-02053 JAM-AC, 2:17-02079 JAM-AC, and 2:17-02092 JAM-AC.
16       IT IS FURTHER ORDERED that the Clerk of the Court make
17   appropriate adjustment in the assignment of civil cases to
18   compensate for this reassignment.
19       IT IS SO ORDERED.
20   Dated:  October 20, 2017

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE